UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*******************************
ANNEMARIE PERHACH,

        Plaintiff,

        v.

KILOLO KIJAKAZI,
COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
*******************************

Civil Action No. 22-0165

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

      This matter having been opened to the Court by CARLA B. FREEDMAN, United States Attorney for the Northern District of New York, and Kristina Cohn, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken and a new decision will be issued; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 19th day of December, 2022;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

                                                _____
                                                Thérèse Wiley Dancks
                                                United States Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

                        CARLA B. FREEDMAN
                        United States Attorney

By:     /s Kristina Cohn
                        Kristina Cohn
                        Special Assistant U.S. Attorney

                        LACHMAN, GORTON LAW FIRM

                        s/ Peter A. Gorton

By:    Peter A. Gorton
                        Attorney for Plaintiff