# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Annemarie Perhach**

       Plaintiff(s)
vs.                                    **CASE NUMBER: 3:22-cv-165 (TWD)**

**Kilolo Kijakazi**

       Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

All of the above pursuant to the order of the Honorable Therese Wiley Dancks, dated the 19th day of December, 2022.

DATED: December 20, 2022

*[signature]*
Clerk of Court

                                        s/Kathy Rogers
                                        Deputy Clerk